FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY ADAM BROWN,<br><br>    Petitioner,<br><br>vs.<br><br>R. BARNES, WARDEN,<br><br>    Respondent. | CASE NO. CV 12-06770 VBF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 3/11/2013

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE