O

FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY ADAM BROWN,<br><br>    Petitioner,<br><br>  vs.<br><br>R. BARNES, WARDEN,<br><br>    Respondent. | CASE NO. CV 12-06770 VBF (RZ)<br><br>JUDGMENT |

  This matter came before the Court on the Petition of CODY ADAM BROWN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 3/11/2013

_Valerie Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE